# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2750<br>Master Docket No. 3:16-md-2750 |
| Sally Seay, | : : | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |
| Plaintiff(s), | : : | |
| vs. | : : : | DIRECT FILED COMPLAINT<br>PURSUANT TO CASE MANAGEMENT<br>ORDER NO. 4 |
| Janssen Pharmaceuticals Inc.,<br>Janssen Research & Development LLC,<br>Johnson & Johnson, Janssen Ortho LLC | : : : : | Civil Action No.: 3:17-cv-02077-BRM-LHG |
| Defendants. | : : | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Sally Seay, and the above-named Defendants, Janssen Pharmaceuticals, et al., through their respective undersigned counsel, that this case is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a). Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| LEVIN, PAPANTONIO, THOMAS MITCHELL, RAFFERTY & PROCTOR, P.A. | DRINKER BIDDLE & REATH LLP |

BY:  s/ Thomas A. Taylor  
      THOMAS A. TAYLOR  
      Levin, Papantonio, Thomas,  
      Mitchell Rafferty & Proctor, P.A.  
      316 S. Baylen Street, Suite 600  
      Pensacola, FL 32502  
      (850) 435-7000

BY:  s/Michael C. Zogby  
      MICHAEL C. ZOGBY  
      Drinker Biddle & Reath LLP  
      600 Campus Drive  
      Florham Park, NJ 07932-1047  
      (973) 549-7000

*Attorney for Plaintiff*     *Attorney for Defendants*


SO ORDERED.

Date: _____     _____  
                                                  HON. BRIAN MARTINOTTI